# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-126
Lower Tribunal No. 17-2683
_____

**Stephen Simon,**
Appellant,

vs.

**Joseph Halegua,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Stephen Simon, in proper person.

Conroy Simberg, and Hinda Klein, Dale Friedman, and Samuel B. Spinner (Hollywood), for appellee.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Florida Dep't of Transp. v. Juliano</u>, 801 So. 2d 101, 105 (Fla. 2001) (the Florida Supreme Court has "explained that under the doctrine of res judicata: A judgment on the merits rendered in a <u>former</u> suit between the same parties or their privies, upon the same cause of action, by a court of competent jurisdiction, is conclusive not only as to every matter which was offered and received to sustain or defeat the claim, but as to every other matter which might with propriety have been litigated and determined in that action" (emphasis in original)).